IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01264-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ISAAC TODD,

    Petitioner,

v.

COUNTY OF LARIMER COUNTY COURT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCY**

---

Petitioner, who is represented by counsel, has submitted a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody (Doc. # 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the petition is deficient as described in this order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form (must use the court's current form)
(9)   __   names in caption do not match names in caption of complaint, petition or

|      |    | habeas application |
|------|----|--------------------|
| (10) | __ | other:             |

**Complaint, Petition or Application**:
- (11) __ is not submitted
- (12) xx is not on proper form
- (13) __ is missing an original signature by the prisoner
- (14) __ is missing page nos. __
- (15) __ uses et al. instead of listing all parties in caption
- (16) __ names in caption do not match names in text
- (17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (18) __ other: _____.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 15, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge