IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01264-BNB

ISAAC TODD,

    Applicant,

v.

LARIMER COUNTY COURT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD AND TO ANSWER

---

After preliminary consideration of the amended application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Todd*, Larimer County Court Case No. 10T1624, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts;

(3) Within **thirty (30) days from the date the Respondents file an Answer,** Applicant may file a Traverse (Reply) if he desires; and

(4) The Clerk of the Court is directed to send copies of this order to the

following:

    (1)    Clerk of the Court, Division L2
           Larimer County Court (Loveland Division)
           810 E. 10th Street
           Loveland, Colorado 80537;

    (2)    Court Services Manager
           State Court Administrator's Office
           1300 Broadway
           Denver, Colorado 80203.

DATED July 24, 2013, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland

                                        United States Magistrate Judge