IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01264-MSK-KLM

ISAAC TODD,

       Petitioner,

v.

LARIMER COUNTY COURT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

       Respondent.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the electronic Order by Chief Judge Marcia S. Krieger (**Doc. #32**) filed on March 26, 2014, overruling the petitioner's objections (**Doc. #31**), adopting the recommendation issued by the Magistrate Judge (**Doc. #30**) to deny the Amended Application for Writ of Habeas Corpus (**Doc. #5**) and to dismiss the remaining claim with prejudice.  It is

ORDERED that:

The Recommendation of Magistrate Judge Mix  (**Doc. #30**) is **ADOPTED.**  Judgment is entered in favor of defendant and the remaining claim of plaintiff is dismissed with prejudice.   It is

FURTHER ORDERED that the case is closed.

Dated this 26th day March, 2014.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/Patricia Glover
                                        Deputy Clerk